AO 91 (Rev. 5/95) Criminal Complaint

_____

# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF TEXAS**
BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**
**V**
**LUGO-Fonseca, Martin Antonio**
A213 277 704

**CRIMINAL COMPLAINT**
CASE NUMBER: 1:19-**PO** **049**

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **09/07/2019** in **Cameron** County, in the **SOUTHERN** District of **TEXAS** defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented a Counterfeit United States Certificate of Citizenship,

in violation of Title **8** United States Code, Section(s) **1325 (a)(3)**.
I further state that I am a (n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Veterans International Bridge in Brownsville, Texas. The defendant presented a United States Certificate of Citizenship bearing his name and photograph to a U.S. Customs and Border Protection Officer. In Customs and Border Protection secondary, it was determined the document presented was counterfeit. Furthermore, the defendant was determined to be a citizen and national of Mexico with no legal status to enter and/or be in the United States.
Defendant had $0 Mexican Pesos and $333.00 U.S. dollars.

**Continued on the attached sheet and made a part hereof:**   ___Yes   **X No**

/s/
_____
**Jessica L. Gonzales CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

**September 9, 2019**                              at          **BROWNSVILLE, TEXAS**
Date                                                                    City and State

**Ignacio Torteya III, U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                    Signature of Judicial Officer